USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COSTER AURELIEN,

Plaintiff,

-against-

EXLSERVICE HOLDINGS, INC., EXLSERVICE.COM, LLC, DIPTI MATHUR, and JAGAT PAREKH,

Defendants.

26 Civ. 4356 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the pre-motion letter filed by EXLService Holdings, Inc., EXLService.com, LLC, and Jagat Parekh ("Defendants"), seeking leave to file a motion to dismiss, ECF No. 21, and Plaintiff, Coster Aurelien's, opposition letter, ECF No. 22. Defendants' request to file a motion to dismiss is GRANTED. Accordingly:

1. By **November 16, 2026**, Defendants shall file their motion;
2. By **December 28, 2026**, Plaintiff shall respond;
3. By **January 25, 2027**, Defendants shall file their reply, if any.

The Court has also reviewed the parties' joint motion to stay discovery until twenty days after the completion of the December 2, 2026 mediation of this matter. *See* ECF No. 30. The request is GRANTED. By **December 9, 2026**, the parties shall provide the Court with a status update.

Finally, the Court has reviewed Plaintiff's letter dated October 2, 2026, *see* ECF No. 32, which withdraws Plaintiff's September 23, 2026 pre-motion letter for leave to file a motion for alternative service. *See* ECF No. 27. Plaintiff's pre-motion letter is, therefore, DENIED as moot.

The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 21, 27, 30

SO ORDERED.

Dated: October 5, 2026
New York, New York

ANALISA TORRES
United States District Judge